USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: **3/19/2020**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JOSEPH GUGLIELMO,** *on behalf of himself and all others similarly situated,*

        **Plaintiff,**

        -against-

**SAKARA LIFE, INC.,**

        **Defendant.**

1:20-cv-00537 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    March 19, 2020
            New York, New York

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**